JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIANA REILING, an individual,<br><br>Plaintiff,<br><br>v.<br><br>HOBBY LOBBY STORES, INC., an Oklahoma corporation,<br><br>Defendants. | Case No.  EDCV 22-124-MWF (SHKx)<br><br>The Honorable Michael W. Fitzgerald, United States District Judge<br><br>**JUDGMENT AFTER TRIAL** |

    This action came on regularly for jury trial between April 23, 2024, and April 26, 2024, in Courtroom 5A of this United States District Court.  Plaintiff Adriana Reiling was represented by Brandon M. Corday, of Corday Law Corporation and Nikta Yazdi, of Ellis Law Corporation.  Defendant Hobby Lobby Stores, Inc. was represented by Patrick Joseph Gibbs and John K. Paulson, of Ford, Walker, Haggerty and Behar.

    A jury of eight persons was regularly empaneled and sworn.  Witnesses were sworn and testified, and exhibits were admitted into evidence.  After hearing the

evidence and arguments of counsel, the jury was duly instructed by the Court and the cause was submitted to the jury. The jury deliberated and thereafter returned a verdict as follows:

1. Was HOBBY LOBBY STORES, INC. negligent in the use or maintenance of the property?

    __X__ Yes          _____ No

    If your answer to Question 1 is yes, then answer Question 2. If you answered no, stop here, answer no further questions, and have the foreperson sign and date this form.

2. Was HOBBY LOBBY STORES, INC.'s negligence a substantial factor in causing harm to ADRIANA REILING?

    _____ Yes          __X__ No

    If your answer to Question 2 is yes, then answer Question 3. If you answered no, stop here, answer no further questions, and have the foreperson sign and date this form.

3. What are ADRIANA REILING's damages?

    a. Past Economic Loss

        Medical Expenses          $_____NONE $0.00_____

    b. Future Economic Loss

        Medical Expenses          $_____NONE $0.00_____

    c. Past Noneconomic Loss
        Past physical pain/mental suffering/loss of enjoyment of life / disfigurement/physical impairment / inconvenience / anxiety / humiliation / emotional distress

                                  $_____NONE $0.00_____

    d. Future Noneconomic Loss
        Past physical pain/mental suffering/loss of enjoyment of life / disfigurement/physical impairment / inconvenience / anxiety / humiliation / emotional distress

                                  $_____NONE $0.00_____

2
**JUDGMENT AFTER TRIAL**

    **TOTAL**   **$** _____NONE $0.00_____

If ADRIANA REILING has proved any damages, then answer Question 5.  If ADRIANA REILING has not proved any damages, then stop here, answer no further questions, and have the foreperson sign and date this form.

4. Was ADRIANA REILING negligent?

  _____ Yes   _____ No

If your answer to Question 4 is yes, then answer Question 5.  If you answered no, insert the number zero next to ADRIANA REILING's name in Question 6, skip Question 5, and answer Question 6.

5. Was ADRIANA REILING's negligence a substantial factor in causing her harm?

  _____ Yes   _____ No

If your answer to Question 5 is yes, then answer Question 6.  If you answered no, insert the number zero next to ADRIANA REILING's name in Question 6, and answer Question 6.

6. What percentage of responsibility for ADRIANA REILING's harm do you assign to the following?  Insert a percentage for only those who received "yes" answers in Questions 2 or 4:

  HOBBY LOBBY STORES, INC.  _____%

  ADRIANA REILING       _____%

  TOTAL            100 %

Now, therefore, pursuant to Rules 54 and 58 of the Federal Rules of Civil Procedure**, IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that final judgment in this action be entered as follows:

1. *On Plaintiff Adriana Reiling's First Claim for Relief for negligence*: Judgment is entered in favor of Defendant Hobby Lobby Stores, Inc. and against Plaintiff Adriana Reiling.  Plaintiff Adriana Reiling shall take nothing on her negligence claim.

2. *On Plaintiff Adriana Reiling's Second Claim for Relief for premises liability*:  Judgment is entered in favor of Defendant Hobby Lobby Stores, Inc. and against Plaintiff Adriana Reiling.  Plaintiff Adriana Reiling shall take nothing on her premises liability claim.

3. Defendant Hobby Lobby Stores, Inc. is awarded its costs as provided by law.

Dated: May 6, 2024.

_____
MICHAEL W. FITZGERALD
United States District Judge

4
**JUDGMENT AFTER TRIAL**